UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER L. STATTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>　　　　　　　Defendant. | NO: 13-CV-0245-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 18). Pursuant to the parties' stipulation the motion is **GRANTED**. This case is hereby **REVERSED** and **REMANDED** to the Commissioner of Social Security for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the administrative law judge (ALJ) will reevaluate the medical opinion evidence and articulate what weight is given to each opinion. Furthermore,

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

upon remand, the Appeals Council will instruct the ALJ to follow the guidance in Social Security Ruling 13-2p, and to consider obtaining evidence from a psychological expert on the nature and severity of the claimant's mental impairments (20 C.F.R. § 416.927(e) and Social Security Ruling 96-6p).

The ALJ will make a *de novo* determination as to disability, and issue a new decision. Upon proper application, Plaintiff shall be eligible for attorney's fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 *et seq*.

**IT IS SO ORDERED.**

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** March 12, 2014.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2