# UNITED STATES DISTRICT COURT
for the

|                              |   |                   |
|------------------------------|---|-------------------|
| _____     | ) |                   |
| *Plaintiff*                  | ) |                   |
| v.                           | ) | Civil Action No.  |
|                              | ) |                   |
|                              | ) |                   |
| _____     |   |                   |
| *Defendant*                  |   |                   |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a stipulated motion for remand.

Date: March 12, 2014

*CLERK OF COURT*

_____

_____
*(By) Deputy Clerk*